William I. Goldsmith 082183
GOLDSMITH & HULL, P.C./16000109
16933 Parthenia Street Suite 110
Northridge, California
Telephone:  (818) 990-6600
Facsimile:  (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff,
Plaintiff

**ENTERED**
OCT 19 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**FILED**
OCT 19 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**LODGED**
SEP 15 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re WILLIAM ROBERT BRIDGE<br>    Debtor<br>              Debtor<br>_____<br>Kathleen Bridge,<br>    Plaintiff,<br>         vs.<br>William Robert Bridge<br>    Defendant. | Case No.: 2:17-mp-00103-RK<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING MOTION FOR ASSIGNMENT ORDER**<br><br>Hon.: Robert N. Kwan<br><br>Date: October 18, 2017<br>Time: 11: A.M.<br>Ctrm: 1675 |

The motion of Plaintiff KATHLEEN BRIDGE for an assignment order in the above-entitled action came on regularly for hearing before the court, the Honorable Robert N. Kwan presiding, on ___October 18, 2018___, at __11:00 a.m.__. Plaintiff appeared by counsel William I. Goldsmith. ~~Defendant appeared by~~

ORIGINAL

1

On proof made to the satisfaction of the Court that the motion ought to be granted,

IT IS ORDERED that: 1. The motion be and is granted. 2. The following rights to payment of judgment debtor WILLIAM ROBERT BRIDGE be, and hereby are, assigned to the judgment creditor KATHLEEN BRIDGE, until such time as the judgment herein is fully satisfied or this order is amended: any and all salaries, commission, bonuses, fees, or royalties paid to debtor, subject to Code of Civil Procedure Section 708.510(e) whereby only 25 percent of the judgment debtor's paid disposable wages as defined are hereby assigned]. 3. That Global Gree U.S.A. 1617 Broadway, 2nd Floor, Santa Monica, CA 90404; 222.golbalgreen.org. pay any and all salaries, commission, bonuses, fees, or royalties paid to debtor, subject to Code of Civil Procedure Section 708.510(e) whereby only 25 percent of the judgment debtor's paid disposable wages as defined are hereby assigned to KATHLEEN BRIDGE c/o Goldsmith & Hull, 16933 Parthenia Street, suite 110, Northridge, California 91343, to be applied to the judgment herein until the judgment is fully satisfied or this order is amended.

IT IS FURTHER ORDERED that the judgment debtor and any servant, agent, employee, or attorney for the judgment debtor and any person in active concert and participating with the judgment debtor be restrained from encumbering, assigning, disposing or spending and all rights to payment thereunder

IT IS FURTHER ORDERED that a copy of this order will be personally served on the judgment debtor. NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT DEBTOR TO COMPLY WITH THIS ORDER MAY SUBJECT HIM/HER TO BEING HELD IN CONTEMPT OF COURT

DATED: 10/19/17

Hon. Robert N. Kwan
~~United States District Judge~~
**U.S. Bankruptcy Judge**

---

PRESENTED BY:

GOLDSMITH & HULL A.P.C.

By: _____
William I. Goldsmith
Attorneys for Plaintiff
Kathleen Bridge

3